IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| REBECCA CROLYN SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | 6:15-cv-00383-CL<br>ORDER |

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 19), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

In her objections to the Findings and Recommendation, plaintiff raises some objections not presented to Judge Clarke. I decline to address those arguments. *See B & K Livestock Auction, Inc. v. Oregon Dep't of Envtl. Quality,* No. 3:12-CV-2085-PK, 2013 WL 3973880, at *2 (D. Or. July 31, 2013); *Container Recovery, Inc. v. Shasta Nw, Inc.,* No. CV 05-1749-PK, 2007 WL 1724937, at *1 (D. Or. June 11, 2007); *Aleck v. United States of America*, CV 04-277-AS, 2005 WL 2709502 (D. Or. Oct. 21, 2005).

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 19) is adopted in full. The Commissioner's decision is AFFIRMED.

IT IS SO ORDERED.

DATED this 18th day of April, 2016.

              _____/s/ Michael J. McShane_____
                  Michael McShane
                United States District Judge